O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELSA CHOY on behalf of Juan Garcia, deceased,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | CASE NO. CV 14-04539 RZ<br><br>JUDGMENT |

　　　　In accordance with the Memorandum Opinion and Order filed concurrently herewith,

　　　　IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed.  The overpayment found by the Administrative Law Judge to be remaining is deemed waived, and the Commissioner is directed to correct the records to reflect this waiver.

　　　　DATED:　April 3, 2015

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　RALPH ZAREFSKY
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE