GRANT R. SPECHT - State Bar No. 120229
DEBORAH BALDWIN - State Bar No. 83199
Bet Tzedek Legal Services
3250 Wilshire Boulevard, 13th Floor
Los Angeles, CA 90010
Tel: (323) 648-4722
Fax: (213) 471-4568
Email: gspecht@bettzedek.org

FILED
CLERK, U.S. DISTRICT COURT
SEP 17 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ELSA CHOY, on behalf of Juan Garcia, deceased,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | CASE NO.: CV 14-04539-E<br><br>[~~PROPOSED~~] ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of ONE THOUSAND DOLLARS AND 00/CENTS ($1,000.00, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation. Any payment shall be delivered to Plaintiff's
////////////////////

1

1  counsel.

2  Dated: 9/17/15

3  HON. Charles F. Eick
4  UNITED STATES [MAGISTRATE] JUDGE